**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
D.P., individually and on behalf of S.P., a child
with a disability,

                              Plaintiff,

            -against-                                              21 **CIVIL** 27 (KPF)

                                                                   **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 10, 2022, Plaintiff's motion for summary

judgment is GRANTED IN PART on the issue of attorneys' fees and costs as follows: Attorneys'

fees are granted in the aggregate amount of $30,668.50, and costs in the amount of $913.20.

Accordingly, judgment is entered against Defendant in that amount; accordingly, the case is

closed.

**Dated:**  New York, New York

      January 11, 2022

                                                            **RUBY J. KRAJICK**

                                             _____
                                                              **Clerk of Court**
                                             **BY:**          K. mango
                                             _____
                                                              **Deputy Clerk**